```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TATYANA RUZHINSKAYA, as Administratrix of the Estate of MARINA ROCHNIAK, Deceased, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

HEALTHPORT TECHNOLOGIES, LLC and BETH ISRAEL MEDICAL CENTER,

        Defendants.

Case No.: 1:14-cv-02921 (PAE)

ECF Case

Electronically Filed

**STIPULATION OF DISMISSAL OF BETH ISRAEL MEDICAL CENTER**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action hereby stipulate to dismissal, without prejudice, of all claims against Defendant Beth Israel Medical Center.

Dated: January 26, 2015

By: */s/ Mathew P. Jasinski*
   William H. Narwold
   Mathew P. Jasinski
   MOTLEY RICE LLC
   20 Church St., 17th Floor
   Hartford, CT  06103
   (860) 882-1681
   (860) 882-1682 (fax)
   bnarwold@motleyrice.com
   mjasinski@motleyrice.com

   Rebecca Katz
   MOTLEY RICE LLC
   600 Third Ave., Ste. 2101
   New York, NY  10016
   (212) 577-0041
   (212) 577-0054 (fax)
   rkatz@motleyrice.com

   *Counsel for Plaintiff*
   *Tatyana Ruzhinskaya, as Administratrix*
   *of the Estate of Marina Rochniak*

By: */s/ Rebecca A. Brazzano*
   *(Signed by filing attorney with permission)*
   Rebecca A. Brazzano, Esq.
   THOMPSON HINE LLP
   335 Madison Ave., 12th Floor
   New York, NY 10017
   (212) 344-5680
   (212) 344-6101 (fax)
   rebecca.brazzano@thompsonhine.com

   Seth A. Litman, Esq.
   THOMPSON HINE LLP
   3560 Lenox Rd., Two Alliance Center,
   Ste. 1600
   Atlanta, GA 30326
   (404) 541-2900
   (404) 541-2905 (fax)
   seth.litman@thompsonhine.com

   *Counsel for Defendant*
   *HealthPort Technologies, LLC*

| | |
|---|---|
| Steven L. Hess<br>SIMONSON HESS LEIBOWITZ<br>& GOODMAN, P.C.<br>299 Broadway, Ste. 1220<br>New York, NY 10007<br>(212) 233-3133<br>(347) 830-4959 (fax)<br>sh@shlpc.com<br><br>*Counsel for Plaintiff*<br>*Tatyana Ruzhinskaya, as Administratrix*<br>*of the Estate of Marina Rochniak* | By: */s/ Sandra D. Hauser*<br>(*Signed by filing attorney with permission*)<br>Sandra D. Hauser, Esq.<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6802<br>(212) 768-6800 (fax)<br>sandra.hauser@dentons.com<br><br>*Counsel for Defendant*<br>*Beth Israel Medical Center* |

1/26/15

**SO ORDERED:**

*/s/ Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

2