**MotleyRice**®
ATTORNEYS AT LAW
LLC

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681   f. 860.882.1682

**Mathew P. Jasinski**
*Licensed in CT, NY*
direct:  860.218.2725
mjasinski@motleyrice.com

VIA ECF

December 23, 2015

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY  10007

Re:   *Ruzhinskaya v. HealthPort Technologies, LLC*, No. 1:14-cv-02921 (PAE) (SDNY)

Dear Judge Engelmayer:

Pursuant to the Court's December 18, 2015 Order (Dkt. #167), the parties have conferred regarding a schedule for discovery.  Although the parties were able to agree upon the deadline for fact discovery, they were unable to reach agreement with respect to expert discovery.  The parties' respective positions are set forth below.

**Plaintiff's Position**

In order to achieve the completion of all discovery by the end of March, as provided in the Order, the plaintiff's position is that the parties should exchange expert designations and reports on the same day.  Specifically, the plaintiff proposes the following deadlines:

| | |
|---|---|
| Fact Discovery Complete: | March 4, 2016 |
| Both Parties' Expert Designations and Reports Due: | March 18, 2016 |
| Both Parties' Expert Depositions Complete: | March 31, 2016 |

**Defendant's Position**

In order to complete fact discovery and accomplish expert discovery in the staggered manner that was done previously and was contemplated in the prior Scheduling Order, the parties need one additional month to complete discovery.  Defendant therefore respectfully requests that discovery close at the end of April, and that the conference be set in May.  Specifically, the defendant proposes the following deadlines:

| | |
|---|---|
| Fact Discovery Complete: | March 4, 2016 |
| Plaintiff's Expert Designations and Reports Due: | March 18, 2016 |
| Plaintiff's Expert Depositions Complete: | March 31, 2016 |
| Defendant's Expert Designations and Reports Due: | April 14, 2016 |
| Defendant's Expert Depositions Complete: | April 29, 2016 |



December 23, 2015
Page 2

The parties also briefly discussed the issue of class notice and will endeavor to provide the Court with a joint notice plan by the end of January.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Mathew P. Jasinski | Seth A. Litman |
|  | (*signed by filing attorney with permission*) |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Tatyana Ruzhinskaya, as Administratrix* | *HealthPort Technologies, LLC* |
| *of the Estate of Marina Rochniak* |  |

cc:    All counsel of record (via ECF).