THOMPSON HINE — ATLANTA  CLEVELAND  DAYTON  WASHINGTON, D.C.  CINCINNATI  COLUMBUS  NEW YORK

SETH A. LITMAN
Direct Dial: (404) 541-2967
E-Mail: Seth.Litman@ThompsonHine.com

August 8, 2016

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

> Re: **Request for Additional Time to Identify Corporate Witnesses**
> *Tatyana Ruzhinskaya, et al. v. HealthPort Technologies, LLC*
> Civil Action File No. 1:14-cv-02921-PAE

Dear Judge Engelmayer:

Pursuant to the Court's Amended Pretrial Scheduling Order (Dkt. 190), the parties' joint pretrial order is due on August 11, 2016. In the joint pretrial order, in accordance with Your Honor's individual rules and practices, the parties will be identifying witnesses they intend to call at trial. In addition to its current President, Defendant HealthPort Technologies, LLC ("HealthPort") will identify two subject areas in which it will have corporate witnesses testify: one will testify about HealthPort's operations at Beth Israel, and another will testify about HealthPort's financial data as it relates to this litigation. Unfortunately, the corporate witness HealthPort intended to call on the former topic recently left the company. Similarly, HealthPort's finance department is currently undergoing a reorganization, which has prevented it from being able to identify the appropriate corporate witness to testify.

Based on the above, HealthPort respectfully requests that it be permitted a brief extension, until August 22, 2016, to name the two corporate witnesses it will call at trial to testify on these subjects. In the joint pretrial order due on August 11, 2016, HealthPort will still identify the remainder of the witnesses it intends to call at trial as well as the topics on which its two other corporate witnesses will testify. This extension will not affect the joint pretrial order deadline, and Plaintiff has consented to this extension of time for HealthPort to identify two of its corporate witnesses.

THOMPSON HINE LLP
ATTORNEYS AT LAW
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266
www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905



The Honorable Paul A. Engelmayer
August 8, 2016
Page 2

                                          Respectfully submitted,

                                          **THOMPSON HINE LLP**

                                          /s/ Seth A. Litman
                                          Seth A. Litman

SAL/tlg

cc:  All Counsel of Record via ECF