

| THOMPSON HINE | ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| --- | --- | --- | --- | --- |
| | CINCINNATI | COLUMBUS | NEW YORK | |

**MEMO ENDORSED**

**SETH A. LITMAN**
Direct Dial: (404) 541-2967
E-Mail: Seth.Litman@ThompsonHine.com

August 22, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/16
```

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re: **Amendment to Proposed Joint Pre-Trial Order**
*Tatyana Ruzhinskaya, et al. v. HealthPort Technologies, LLC*
Civil Action File No. 1:14-cv-02921-PAE

Dear Judge Engelmayer:

Pursuant to this Court's August 8, 2016 order granting HealthPort Technologies, LLC ("Defendant" or "HealthPort") until August 22, 2016 to identify by name two of its corporate witnesses, HealthPort hereby amends section 7.B. of the Proposed Joint Pre-Trial Order as follows:

- Defendant's witness number 5, previously identified as a CIOX Financial Corporate Representative, shall be Tony Farley, Senior Vice President, Operations.

- Defendant's witness number 7, previously identified as a CIOX Corporate Representative from Beth Israel, shall be Tony Farley, Senior Vice President, Operations.

Additionally, HealthPort respectfully requests to amend sections 1.B. and 9 of the Proposed Joint Pre-Trial Order as follows:

169335.1

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone: 404.541.2900
Fax: 404.541.2905

THOMPSON
HINE

The Honorable Paul A. Engelmayer
August 22, 2016
Page 2

**1.    Parties and Counsel**
       **B.    Defendant**

Defendant HealthPort Technologies, LLC ("Defendant" or "HealthPort") is represented by:

| LYNCH DASKAL EMERY | THOMPSON HINE LLP |
|---|---|
| James R. Lynch<br>Scott R. Emery<br>137 West 25th Street<br>Floor 5<br>New York, New York 10001<br>Tel.: (212) 302-4400<br>Fax: (212) 302-2210 | Rebecca Brazzano<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017<br>Tel.: (212) 344-5680<br>Fax: (212) 344-6101<br><br>Seth A. Litman<br>Alexandra C. Nelson<br>3560 Lenox Road<br>Two Alliance Center<br>Suite 1600<br>Atlanta, GA 30326<br>Tel.: (404) 541-2900<br>Fax: (404) 541-2905 |

**9.    Exhibits**

  **A.    Plaintiff's Exhibit List**

  o HealthPort removes its double asterisks designation under the column reading "no objection on any ground" for Plaintiff's Exhibit 13.



The Honorable Paul A. Engelmayer
August 22, 2016
Page 3

**B.    Defendant's Exhibit List**

- HealthPort removes from its list Exhibit 234, which is the same document as Plaintiff's Exhibit number 13.

Plaintiff has consented to the amendments to sections 1.B and 9 of the Proposed Joint Pre-Trial Order.

Respectfully submitted,

**THOMPSON HINE LLP**

/s/ Seth A. Litman
Seth A. Litman

SAL/tlg

cc:   All Counsel of Record via ECF

Granted. The Court will recognize the above amendments as effective.

SO ORDERED:    8/22/16

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE