**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TATYANA RUZHINSKAYA, as Administratrix of the Estate of MARINA ROCHNIAK, Deceased, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>HEALTHPORT TECHNOLOGIES, LLC,<br><br>          Defendant. | Case No.: 1:14-cv-02921 (PAE)<br><br>ECF Case |

### NOTICE OF HEALTHPORT TECHNOLOGIES, LLC'S
### MOTION *IN LIMINE* NO. 2

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion *In Limine* No. 2; the Declaration of Seth A. Litman dated September 2, 2016 and the exhibits annexed thereto; and all prior pleadings and proceedings had herein, Defendant HealthPort Technologies, LLC ("HealthPort"), will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designed by the Court, for an Order (i) granting HealthPort's Motion *In Limine* No. 2 to exclude any evidence or argument relating to HealthPort's costs incurred in responding to medical records request to hospitals aside from Beth Israel Medical Center; and (ii) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any opposition to Defendant's Motion *In Limine* No. 2 is due on September 16, 2016 and any reply in further support is due on September 23, 2016 pursuant to the Amended Pre-Trial Schedule Order dated August 4, 2016 [Dkt. 190].

Dated:  September 2, 2016
          New York, New York

Respectfully submitted,

THOMPSON HINE LLP

By: /s/ Seth A. Litman
          Seth A. Litman (admitted *pro hac vice*)
          (seth.litman@thompsonhine.com)
          Rebecca Brazzano
          (rebecca.brazzano@thompsonhine.com)

335 Madison Avenue
New York, New York  10017
(212) 344-5680

-and-

LYNCH DASKAL EMERY LLP
James R. Lynch
Scott R. Emery
137 West 25th Street, Fifth Floor
New York, New York  10001
(212) 302-2400

*Attorneys for HealthPort Technologies, LLC*

TO:    William H. Narwold
        Mathew P. Jasinski
        Michael J. Pendell
        Laura W. Ray
        MOTLEY RICE LLC
        20 Church Street, 17th Floor
        Hartford, CT 06103
        Tel.: (860) 882-1681
        Fax: (860) 882-1682
        bnarwold@motleyrice.com
        mjasinski@motleyrice.com
        mpendell@motleyrice.com
        lray@motleyrice.com

        *Class Counsel*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2016, I caused a true and correct copy of the foregoing to be served by depositing a true copy of the same in a properly addressed postage-prepaid wrapper by Federal Express and by electronic mail to:

MOTLEY RICE LLC
William H. Narwold
Mathew P. Jasinski
Michael J. Pendell
Laura W. Ray
20 Church Street, 17th Floor
Hartford, CT  06103
mjaskinski@motleyrice.com
bnarwold@motleyrice.com
mpendell@motleyrice.com
lray@motleyrice.com

*Class Counsel*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/Dwayne Lunde*
Dwayne Lunde