**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TATYANA RUZHINSKAYA, as Administratrix of the Estate of MARINA ROCHNIAK, Deceased, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>HEALTHPORT TECHNOLOGIES, LLC,<br><br>         Defendant. | Case No.: 1:14-cv-02921 (PAE)<br><br>ECF Case |

### NOTICE OF HEALTHPORT TECHNOLOGIES, LLC'S
### MOTION *IN LIMINE* NO. 4

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendant's Motion *In Limine* No. 4; the Declaration of Seth A. Litman dated September 2,

2016 and the exhibits annexed thereto; and all prior pleadings and proceedings had herein,

Defendant HealthPort Technologies, LLC ("HealthPort"), will move this Court, before the

Honorable Paul A. Engelmayer, United States District Judge, at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time

designed by the Court, for an Order (i) granting HealthPort's Motion *In Limine* No. 4 to exclude

any evidence or argument relating to irrelevant rate information unrelated to the claims or

defenses in this litigation; and (ii) for such other and further relief as this Court may deem just

and proper.

PLEASE TAKE FURTHER NOTICE that any opposition to Defendant's Motion *In Limine* No. 4 is due on September 16, 2016 and any reply in further support is due on September 23, 2016 pursuant to the Amended Pre-Trial Schedule Order dated August 4, 2016 [Dkt. 190].

Dated:  September 2, 2016
         New York, New York

Respectfully submitted,

THOMPSON HINE LLP

By: /s/  Seth A. Litman
         Seth A. Litman (admitted *pro hac vice*)
         (seth.litman@thompsonhine.com)
         Rebecca Brazzano
         (rebecca.brazzano@thompsonhine.com)

335 Madison Avenue
New York, New York  10017
(212) 344-5680

-and-

LYNCH DASKAL EMERY LLP
James R. Lynch
Scott R. Emery
137 West 25th Street, Fifth Floor
New York, New York  10001
(212) 302-2400

*Attorneys for HealthPort Technologies, LLC*

2

TO:    William H. Narwold
Mathew P. Jasinski
Michael J. Pendell
Laura W. Ray
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com
mpendell@motleyrice.com
lray@motleyrice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2016, I caused a true and correct copy of the foregoing to

be served by depositing a true copy of the same in a properly addressed postage-prepaid wrapper

by Federal Express and by electronic mail to:

MOTLEY RICE LLC
William H. Narwold
Mathew P. Jasinski
Michael J. Pendell
Laura W. Ray
20 Church Street, 17th Floor
Hartford, CT  06103
mjaskinski@motleyrice.com
bnarwold@motleyrice.com
mpendell@motleyrice.com
lray@motleyrice.com

*Class Counsel*

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

*/s/Dwayne Lunde*
Dwayne Lunde