

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.
CINCINNATI    COLUMBUS    NEW YORK

**SETH A. LITMAN**
Direct Dial: (404) 541-2967
E-Mail: Seth.Litman@ThompsonHine.com

March 10, 2017

*Via ECF*

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007-1312

    Re:    <u>Tatyana Ruzhinskaya v. HealthPort Technologies, et al.</u>
             Civil Action File No. 1:14-cv-02921-PAE

Dear Judge Engelmayer:

    We write to report back to the Court as instructed in Your Honor's March 3, 2017, Order (Dkt. #284).  This letter has been prepared jointly by the parties.

    Lead counsel for the parties to this case have had settlement discussions but have not reached an agreement.  At this time, the prospects for settlement appear slim, and plaintiffs have indicated that, based on the parties recent inability to make any progress, neither a settlement conference nor a mediation would be fruitful.

    In light of the Court's rulings on the parties' motions in limine, the parties estimate that the trial, not including jury selection, will take three to four days.

    The parties respectfully request that Your Honor schedule a final conference to afford the parties an opportunity to provide the Court with scheduling conflicts so that, should the Court be willing to consider that information, a firm trial date workable for both the Court and the parties can be set.  To that end, any guidance Your Honor could provide as to the month or months the Court would prefer this trial to take place would be greatly appreciated and would enable the parties to better provide input on available and unavailable dates.

    The parties look forward to hearing from Your Honor and to resolving this case, either via settlement or trial, relatively soon.

    Thank you.

THOMPSON HINE LLP
ATTORNEYS AT LAW

Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266

www.ThompsonHine.com
Phone 404.541.2900
Fax 404.541.2905



The Honorable Paul A. Engelmayer
March 10, 2017
Page 2

                                      Respectfully Submitted,

                                      **THOMPSON HINE LLP**

                                      /s/ Seth A. Litman
                                      Seth A. Litman

SAL/tlg

cc:   All Counsel of Record (via ECF)