UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATYANA RUZHINSKAYA, as Administratrix of the Estate of MARINA ROCHNIAK, Deceased, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>HEALTHPORT TECHNOLOGIES, LLC,<br><br>       Defendant. | Case No.: 1:14-cv-02921 (PAE)<br><br>ECF Case<br><br>Electronically Filed<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that the plaintiff in the above named case, Tatyana Ruzhinskaya, as Administratrix of the Estate of Marina Rochniak, Deceased, on behalf of herself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on March 14, 2018 (Dkt. #359).

Dated: April 11, 2018　　　　　　　　　　Respectfully submitted,
　　　　Hartford, Connecticut

　　　　　　　　　　　　　　　　　　By: */s/ Mathew P. Jasinski*
　　　　　　　　　　　　　　　　　　　　William H. Narwold
　　　　　　　　　　　　　　　　　　　　Mathew P. Jasinski
　　　　　　　　　　　　　　　　　　　　Michael J. Pendell
　　　　　　　　　　　　　　　　　　　　**MOTLEY RICE LLC**
　　　　　　　　　　　　　　　　　　　　20 Church St., 17th Floor
　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　　(860) 882-1681
　　　　　　　　　　　　　　　　　　　　(860) 882-1682 (fax)
　　　　　　　　　　　　　　　　　　　　bnarwold@motleyrice.com
　　　　　　　　　　　　　　　　　　　　mjasinski@motleyrice.com
　　　　　　　　　　　　　　　　　　　　mpendell@motleyrice.com

　　　　　　　　　　　　　　　　　　　　*New York Office*:
　　　　　　　　　　　　　　　　　　　　600 Third Ave., Ste. 2101
　　　　　　　　　　　　　　　　　　　　New York, NY 10016

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 11, 2018, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                         */s/ Mathew P. Jasinski*
                                         Mathew P. Jasinski