```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
TATYANA RUZHINSKAYA, *as Administratrix of the*     :
*Estate of Marina Rochniak, Deceased, on behalf of* :
*themselves and all others similarly situated*,     :      14 Civ. 2921 (PAE)
                                                    :
                              Plaintiff,            :      ORDER
                                                    :
               -v-                                  :
                                                    :
HEALTHPORT TECHNOLOGIES, LLC, et al.                :
                                                    :
                              Defendants.           :
                                                    :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

Having reviewed the parties' pre-motion letters, Dkts. 375–76, 378, the Court sets the following briefing schedule for the anticipated motion for summary judgment by reinstated defendant Beth Israel Medical Center ("Beth Israel")[1]:

- Beth Israel and plaintiff Tatyana Ruzhinskaya's joint statement of stipulated facts is due April 17, 2020;

- Beth Israel's motion for summary judgment and memorandum in support is due May 8, 2020;

- Ruzhinskaya's opposition is due May 29, 2020; and

- Beth Israel's reply is due June 12, 2020.

---

[1] The Court has already resolved Ruzhinskaya's claims against defendant HealthPort Technologies, LLC ("HealthPort"). Dkt. 358. However, because HealthPort's legal interests, including on appeal in the Second Circuit, may be affected by the manner in which the instant motion is resolved, the Court authorizes, but does not require, HealthPort to file briefs on the same schedule as Beth Israel.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2020
       New York, New York