**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TATYANA RUZHINSKAYA, as Administratrix
of the Estate of Marina Rochniak, Deceased, on
behalf of themselves and all others similarly
situated,

                       Plaintiff,                          14 **CIVIL** 2921 (PAE)

       -against-                                  **JUDGMENT**

HEALTHPORT TECHNOLOGIES LLC and
BETH ISRAEL MEDICAL CENTER,
                          Defendants.
-----------------------------------------------------------X



        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 7, 2020, the Court reinstates its grant of summary judgment to HealthPort, and Beth Israel's motion for summary judgment is granted, on all claims brought by Ruzhinskaya; accordingly, the case is closed.

**Dated:**  New York, New York
            July 7, 2020

                                                                **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                                   **BY:**
                                                                  _____
                                                                  **Deputy Clerk**